Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  15−29581−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victor R. Seda
   502 James Street
   New Milford, NJ 07646

Social Security No.:
   xxx−xx−7956

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on January 19, 2016.

    On 9/13/2016 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                   October 26, 2016
Time:                 09:00 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 14, 2016
JJW: car

                                                                                                     James J. Waldron
                                                                                                     Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 15-29581-SLM
Victor R. Seda                                                  Chapter 13
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Sep 14, 2016
                             Form ID: 185             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db            +Victor R. Seda,    502 James Street,    New Milford, NJ 07646-1024
515799079     +AMERIFINANCIAL SOLUTIO,    PO BOX 602570,    CHARLOTTE, NC 28260-2570
515799075     +American Express,    PO BOX 3001,    16 GENERAL WARREN BLVD,    MALVERN, PA 19355-1245
515799076      American Home Mtg Srv/Homeward Residenta,    AHMSI / ATTENTION: BANKRUPTCY,    PO BOX 631730-1730,
                IRVING, TX 75063
515799082    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: BK OF AMER,    PO BOX 982235,    EL PASO, TX 79998)
515799080     +BARCLAYS BANK DELAWARE,    ATTN: BANKRUPTCY,    P.O. BOX 8801,    WILMINGTON, DE 19899-8801
515799084     +CAPITAL ONE,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
515799086     +CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
515799087    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    ATTN: CENTRALIZED BANKRUPTCY,    PO BOX 20363,
                KANSAS CITY, MO 64195)
515799083     +Capital One,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
515839298      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515799088    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    DELL FINANCIAL SERVICES ATTN: BANKRUPCTY,
                PO BOX 81577,    AUSTIN, TX 78708)
515799093     +EMERGE/FNBO,    PO BOX 105555,    ATLANTA, GA 30348-5555
515799094     +First National Bank,    ATTENTION:FNN LEGAL DEPT,    1620 DODGE ST. STOP CODE: 3290,
                OMAHA, NE 68197-0003
515806999     +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
515855013     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515799096     +Midland Mortgage Company/Mid First Bank,    ATTENTION: BANKRUPTCY,    PO BOX 26648,
                OKLAHOMA CITY, OK 73126-0648
515799098     +RYMR&FLNIGN,    PO BOX 94498,    LAS VEGAS, NV 89193-4498
515799099     +SA-VIT ENTERPRISES,    46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
515799101     +SEARS/CBNA,    PO BOX 6283,    SIOUX FALLS, SD 57117-6283
515799102     +Sandy Seda,    502 James Street,    New Milford, NJ 07646-1024
515799110     +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
515853754      US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
515978159      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
515954026      eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2016 23:22:28     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2016 23:22:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515799077      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 14 2016 23:22:35     American Honda Finance,
                PO BOX 168088,    IRVING, TX 75016
515839212     +E-mail/Text: bncmail@w-legal.com Sep 14 2016 23:22:35     COMENITY CAPITAL BANK/PAYPAL CREDIT,
                C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515993209     +E-mail/Text: bncmail@w-legal.com Sep 14 2016 23:22:35     Cerastes, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515799089     +E-mail/Text: mrdiscen@discover.com Sep 14 2016 23:21:43     DISCOVER FIN SVCS LLC,
                PO BOX 15316,    WILMINGTON, DE 19850-5316
515799092     +E-mail/Text: dplbk@discover.com Sep 14 2016 23:22:46     DISCOVER PERSONAL LOAN,
                ATTENTION: BANKRUPTCY,    PO BOX 30954,    SALT LAKE CITY, UT 84130-0954
515809107      E-mail/Text: mrdiscen@discover.com Sep 14 2016 23:21:43     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515799095     +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 23:17:01     Gemb/walmart,    ATTN: BANKRUPTCY,
                PO BOX 103104,    ROSWELL, GA 30076-9104
515799097     +E-mail/PDF: pa_dc_claims@navient.com Sep 14 2016 23:17:05     NAVIENT,    PO BOX 9655,
                WILKES BARRE, PA 18773-9655
515866432      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2016 23:16:41
                Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
515799103      E-mail/PDF: cbp@springleaf.com Sep 14 2016 23:17:02     SPRINGLEAF FINANCIAL S,    PO BOX 969,
                EVANSVILLE, IN 47706
515799104      E-mail/PDF: cbp@springleaf.com Sep 14 2016 23:17:02     Springleaf Financial Services,
                ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 3251,    EVANSVILLE, IN 47731
515799105     +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 23:16:08     SYNCB/SLEEPYS,
                C/O PO BOX 965036,    ORLANDO, FL 32896-0001
515799106     +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 23:16:35     Synchrony Bank/Amazon,
                ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
515799107     +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 23:16:16     Synchrony Bank/Lowes,
                ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 103104,    ROSWELL, GA 30076-9104
515799111     +E-mail/Text: bnc-bluestem@quantum3group.com Sep 14 2016 23:22:57     WEBBANK/FINGERHUT,
                6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 17
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 14, 2016
                              Form ID: 185             Total Noticed: 42


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515799078*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:   American Honda Finance,     PO BOX 168088,    IRVING, TX 75016)
515799081*      +BARCLAYS BANK DELAWARE,    ATTN: BANKRUPTCY,    P.O. BOX 8801,    WILMINGTON, DE 19899-8801
515799109*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Texaco / Citibank,    CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,
                   PO BOX 20507,    KANSAS CITY, MO 64195)
515799085*      +Capital One,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
515799090*      +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
515799091*      +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
515799100*      +SA-VIT ENTERPRISES,    46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
515799108*      +Synchrony Bank/Lowes,    ATTENTION: BANKRUPTCY DEPARTMENT,     PO BOX 103104,
                  ROSWELL, GA 30076-9104
                                                                                              TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low   on behalf of Debtor Victor R. Seda rbear611@aol.com,    lowlaw505@gmail.com
                                                                                             TOTAL: 3
```