Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: Victor R. Seda

Case No.: 15-29581
Judge: SLM
Chapter: 13

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: September 13, 2016

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The Debtor has paid to date the amount of $3,564.00 and shall continue to pay  336.00 Monthly*  to the Chapter 13 Trustee, starting on  September 1, 2016  for approximately  50  months remaining in the Chapter 13 Plan.<br><br>b. The Debtor shall make plan payments to the Trustee from the following sources:<br>  ☑ Future Earnings<br>  ☐ Other sources of funding (describe source, amount and date when funds are available): |

1

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Russell L. Low 4745 | Attorney Fees | 2,500.00 |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an

unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| Midland Mortgage Company/Mid First Bank |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| RYMR&FLNIGN | Charge Account | 1,731.00 |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

_____ Not less than $_____ to be distributed *pro rata*

_____ Not less than _____ percent

____x____ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| American Honda Finance | Auto Lease Monthly payments: $395.00 | NO Arrearage |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
        1) Trustee Commissions
        2) Other Administrative Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

|   |   |
|---|---|
| 3) | Secured Claims |
| 4) | Lease Arrearages |
| 5) | Priority Claims |
| 6) | General Unsecured Claims |

**d. Post-petition claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**e. Other Provisions:**

*This plan is a step plan or has lumpsum payments as follows: $300.00 per month for 10 months, then $336.00 per month for 50 months

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: October 10, 2015.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Added secured claimf from Raymour&Flanigan | Debtor will resume payments to the trustee in the amount of $336.00. |

Are Schedules I and J being filed simultaneously with this modified Plan?     ☐ Yes     ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date: September 13, 2016    /s/ Russell L. Low
Russell L. Low 4745
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 13, 2016    /s/ Victor R. Seda
Victor R. Seda
Debtor

Date: _____    _____
Joint Debtor

5

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 15-29581-SLM
Victor R. Seda                                                          Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Sep 14, 2016
                               Form ID: pdf901              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db             +Victor R. Seda,    502 James Street,    New Milford, NJ 07646-1024
515799079      +AMERIFINANCIAL SOLUTIO,    PO BOX 602570,    CHARLOTTE, NC 28260-2570
515799075      +American Express,    PO BOX 3001,    16 GENERAL WARREN BLVD,    MALVERN, PA 19355-1245
515799076       American Home Mtg Srv/Homeward Residenta,    AHMSI / ATTENTION: BANKRUPTCY,    PO BOX 631730-1730,
                 IRVING, TX 75063
515799082     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BK OF AMER,     PO BOX 982235,    EL PASO, TX 79998)
515799080      +BARCLAYS BANK DELAWARE,    ATTN: BANKRUPTCY,    P.O. BOX 8801,    WILMINGTON, DE 19899-8801
515799084      +CAPITAL ONE,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
515799086      +CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
515799087     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,     ATTN: CENTRALIZED BANKRUPTCY,    PO BOX 20363,
                 KANSAS CITY, MO 64195)
515799083      +Capital One,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
515839298       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC    28272-1083
515799088     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,      DELL FINANCIAL SERVICES ATTN: BANKRUPCTY,
                 PO BOX 81577,    AUSTIN, TX 78708)
515799093      +EMERGE/FNBO,    PO BOX 105555,    ATLANTA, GA 30348-5555
515799094      +First National Bank,    ATTENTION:FNN LEGAL DEPT,    1620 DODGE ST. STOP CODE: 3290,
                 OMAHA, NE 68197-0003
515806999      +First National Bank of Omaha,    1620 Dodge Street,     Stop Code 3105,    Omaha, NE 68197-0003
515855013      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515799096      +Midland Mortgage Company/Mid First Bank,    ATTENTION: BANKRUPTCY,    PO BOX 26648,
                 OKLAHOMA CITY, OK 73126-0648
515799098      +RYMR&FLNIGN,    PO BOX 94498,    LAS VEGAS, NV 89193-4498
515799099      +SA-VIT ENTERPRISES,    46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
515799101      +SEARS/CBNA,    PO BOX 6283,    SIOUX FALLS, SD 57117-6283
515799102      +Sandy Seda,    502 James Street,    New Milford, NJ 07646-1024
515799110      +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
515853754       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
515978159       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA    50306-0438
515954026       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2016 23:22:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2016 23:22:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515799077       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 14 2016 23:22:35      American Honda Finance,
                 PO BOX 168088,    IRVING, TX 75016
515839212      +E-mail/Text: bncmail@w-legal.com Sep 14 2016 23:22:35      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515993209      +E-mail/Text: bncmail@w-legal.com Sep 14 2016 23:22:35      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515799089      +E-mail/Text: mrdiscen@discover.com Sep 14 2016 23:21:43      DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
515799092      +E-mail/Text: dplbk@discover.com Sep 14 2016 23:22:46      DISCOVER PERSONAL LOAN,
                 ATTENTION: BANKRUPTCY,    PO BOX 30954,    SALT LAKE CITY, UT 84130-0954
515809107       E-mail/Text: mrdiscen@discover.com Sep 14 2016 23:21:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
515799095      +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 23:16:13      Gemb/walmart,    ATTN: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
515799097      +E-mail/PDF: pa_dc_claims@navient.com Sep 14 2016 23:17:05      NAVIENT,    PO BOX 9655,
                 WILKES BARRE, PA 18773-9655
515866432       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2016 23:16:20
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
515799103       E-mail/PDF: cbp@springleaf.com Sep 14 2016 23:17:02      SPRINGLEAF FINANCIAL S,    PO BOX 969,
                 EVANSVILLE, IN 47706
515799104       E-mail/PDF: cbp@springleaf.com Sep 14 2016 23:16:11      Springleaf Financial Services,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 3251,    EVANSVILLE, IN 47731
515799105      +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 23:16:13      SYNCB/SLEEPYS,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
515799106      +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 23:16:13      Synchrony Bank/Amazon,
                 ATTN: BANKRUPTCY,    PO BOX 103104,    ROSWELL, GA 30076-9104
515799107      +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 23:17:04      Synchrony Bank/Lowes,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 103104,    ROSWELL, GA 30076-9104
515799111      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 14 2016 23:22:57      WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
                                                                                                TOTAL: 17
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Sep 14, 2016
                              Form ID: pdf901            Total Noticed: 42
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515799078*    ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,    PO BOX 168088,    IRVING, TX 75016)
515799081*    +BARCLAYS BANK DELAWARE,    ATTN: BANKRUPTCY,    P.O. BOX 8801,    WILMINGTON, DE 19899-8801
515799109*    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Texaco / Citibank,    CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,
                 PO BOX 20507,    KANSAS CITY, MO 64195)
515799085*    +Capital One,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
515799090*    +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
515799091*    +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
515799100*    +SA-VIT ENTERPRISES,   46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
515799108*    +Synchrony Bank/Lowes,    ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 103104,
                ROSWELL, GA 30076-9104
                                                                                               TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Victor R. Seda rbear611@aol.com,   lowlaw505@gmail.com
                                                                                             TOTAL: 3
```