Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                          Case No.: 15−29581−SLM
                                                          Chapter: 13
                                                          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Victor R. Seda
    502 James Street
    New Milford, NJ 07646

Social Security No.:
    xxx−xx−7956

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

*35* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/2/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*37* − Certification in Opposition to (related document:35 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/2/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Victor R. Seda. (Low, Russell)

Dated: 12/3/19

                                                                                        Jeanne Naughton
                                                                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Victor R. Seda  
      Debtor

Case No. 15-29581-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 03, 2019  
                        Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.  
db          +Victor R. Seda,   502 James Street,   New Milford, NJ 07646-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
            Marie-Ann  Greenberg    magecf@magtrustee.com  
            Russell L. Low    on behalf of Debtor Victor R. Seda rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                                                           TOTAL: 3