| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Victor R. Seda <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7956 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–29581–SLM | |

## Order of Discharge                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Victor R. Seda

   12/10/20                                                       **By the court:** Stacey L. Meisel
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Victor R. Seda  
    Debtor(s)

Case No. 15-29581-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2020      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor R. Seda, 502 James Street, New Milford, NJ 07646-1024 |
| 515799079 | + | AMERIFINANCIAL SOLUTIO, PO BOX 602570, CHARLOTTE, NC 28260-2570 |
| 515799076 | | American Home Mtg Srv/Homeward Residenta, AHMSI / ATTENTION: BANKRUPTCY, PO BOX 631730-1730, IRVING, TX 75063 |
| 515799093 | + | EMERGE/FNBO, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 515799094 | + | First National Bank, ATTENTION:FNN LEGAL DEPT, 1620 DODGE ST. STOP CODE: 3290, OMAHA, NE 68197-0003 |
| 515855013 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 515799096 | + | Midland Mortgage Company/Mid First Bank, ATTENTION: BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 515806999 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 515799102 | + | Sandy Seda, 502 James Street, New Milford, NJ 07646-1024 |
| 515799110 | + | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 515853754 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515799077 | | EDI: HNDA.COM | Dec 11 2020 02:03:00 | American Honda Finance, PO BOX 168088, IRVING, TX 75016 |
| 515799075 | + | EDI: BECKLEE.COM | Dec 11 2020 02:03:00 | American Express, PO BOX 3001, 16 GENERAL WARREN BLVD, MALVERN, PA 19355-1245 |
| 515799082 | | EDI: BANKAMER.COM | Dec 11 2020 02:03:00 | BK OF AMER, PO BOX 982235, EL PASO, TX 79998 |
| 515799080 | + | EDI: TSYS2.COM | Dec 11 2020 02:03:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 515799084 | + | EDI: CAPITALONE.COM | Dec 11 2020 02:03:00 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 515799086 | + | EDI: CITICORP.COM | Dec 11 2020 02:03:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 515799087 | | EDI: CITICORP.COM | Dec 11 2020 02:03:00 | Citibank Sd, Na, ATTN: CENTRALIZED BANKRUPTCY, PO BOX 20363, KANSAS CITY, MO 64195 |
| 515799109 | | EDI: CITICORP.COM | Dec 11 2020 02:03:00 | Texaco / Citibank, CITICORP CREDIT SERVICES/ATTN: CENTRALIZ, PO BOX 20507, KANSAS CITY, MO 64195 |

Case 15-29581-SLM    Doc 48    Filed 12/12/20    Entered 12/13/20 00:20:52    Desc Imaged
                         Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 10, 2020 | Form ID: 3180W | Total Noticed: 45 |

| | | | |
| --- | --- | --- | --- |
| 515839212 | + EDI: WFNNB.COM | Dec 11 2020 02:03:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515799083 | + EDI: CAPITALONE.COM | Dec 11 2020 02:03:00 | Capital One, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 515839298 | EDI: CAPITALONE.COM | Dec 11 2020 02:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515993209 | + Email/Text: bncmail@w-legal.com | Dec 10 2020 22:23:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515799088 | Email/PDF: DellBKNotifications@resurgent.com | Dec 10 2020 23:50:25 | Dell Financial Services, DELL FINANCIAL SERVICES ATTN: BANKRUPCTY, PO BOX 81577, AUSTIN, TX 78708 |
| 515799089 | + EDI: DISCOVER.COM | Dec 11 2020 02:03:00 | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 515799092 | + EDI: DISCOVERPL | Dec 11 2020 02:03:00 | DISCOVER PERSONAL LOAN, ATTENTION: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 515809107 | EDI: DISCOVER.COM | Dec 11 2020 02:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515799095 | + EDI: RMSC.COM | Dec 11 2020 02:03:00 | Gemb/walmart, ATTN: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 515799097 | + EDI: NAVIENTFKASMSERV.COM | Dec 11 2020 02:03:00 | NAVIENT, PO BOX 9655, WILKES BARRE, PA 18773-9655 |
| 515866432 | EDI: PRA.COM | Dec 11 2020 02:03:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 515799098 | + EDI: WFFC.COM | Dec 11 2020 02:03:00 | RYMR&FLNIGN, PO BOX 94498, LAS VEGAS, NV 89193-4498 |
| 515799099 | + Email/Text: bankruptcy@savit.com | Dec 10 2020 22:24:00 | SA-VIT ENTERPRISES, 46 W FERRIS ST, EAST BRUNSWICK, NJ 08816-2159 |
| 515799101 | + EDI: CITICORP.COM | Dec 11 2020 02:03:00 | SEARS/CBNA, PO BOX 6283, SIOUX FALLS, SD 57117-6283 |
| 515799103 | EDI: AGFINANCE.COM | Dec 11 2020 02:03:00 | SPRINGLEAF FINANCIAL S, PO BOX 969, EVANSVILLE, IN 47706 |
| 515799104 | EDI: AGFINANCE.COM | Dec 11 2020 02:03:00 | Springleaf Financial Services, ATTENTION: BANKRUPTCY DEPARTMENT, PO BOX 3251, EVANSVILLE, IN 47731 |
| 515799105 | + EDI: RMSC.COM | Dec 11 2020 02:03:00 | SYNCB/SLEEPYS, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 518133923 | + Email/Text: bncmail@w-legal.com | Dec 10 2020 22:23:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518133924 | + Email/Text: bncmail@w-legal.com | Dec 10 2020 22:23:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 515799106 | + EDI: RMSC.COM | Dec 11 2020 02:03:00 | Synchrony Bank/Amazon, ATTN: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 515799107 | + EDI: RMSC.COM | Dec 11 2020 02:03:00 | Synchrony Bank/Lowes, ATTENTION: BANKRUPTCY DEPARTMENT, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 515799111 | + EDI: BLUESTEM | | |

| Case 15-29581-SLM | Doc 48 | Filed 12/12/20 | Entered 12/13/20 00:20:52 | Desc Imaged |
Certificate of Notice   Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 10, 2020 | Form ID: 3180W | Total Noticed: 45 |

| | | | Dec 11 2020 02:03:00 | WEBBANK/FINGERHUT, 6250 RIDGEWOOD RD, SAINT CLOUD, MN 56303-0820 |
| 515978159 | | EDI: WFFC.COM | Dec 11 2020 02:03:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 515954026 | | EDI: ECAST.COM | Dec 11 2020 02:03:00 | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515799078 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, PO BOX 168088, IRVING, TX 75016 |
| 515799081 | *+ | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 515799085 | *+ | Capital One, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 515799090 | *+ | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 515799091 | *+ | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 515799100 | *+ | SA-VIT ENTERPRISES, 46 W FERRIS ST, EAST BRUNSWICK, NJ 08816-2159 |
| 515799108 | *+ | Synchrony Bank/Lowes, ATTENTION: BANKRUPTCY DEPARTMENT, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 516870887 | * | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank bankruptcynotice@zuckergoldberg.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Victor R. Seda ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

TOTAL: 3